| | |
|---|---|
| 1 | MATTHEW L. LARRABEE (No. 97147) |
| | matthew.larrabee@dechert.com |
| 2 | DECHERT LLP |
| | One Maritime Plaza |
| 3 | Suite 2300 |
| | San Francisco, California 94111-3513 |
| 4 | Telephone: 415.262.4500 |
| | Facsimile: 415.262.4555 |
| 5 | |
| | Attorneys for Defendants |
| 6 | OPPENHEIMER CALIFORNIA MUNICIPAL |
| | FUND; OPPENHEIMERFUNDS, INC.; |
| 7 | OPPENHEIMERFUNDS DISTRIBUTOR, |
| | INC.; JOHN V. MURPHY; BRIAN W. |
| 8 | WIXTED; RONALD H. FIELDING; DANIEL |
| | G. LOUGHRAN; SCOTT COTTIER; TROY |
| 9 | E. WILLIS; RICHARD STEIN, and MARK S. |
| | VANDEHEY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 14 | STEPHEN LOWE, Individually And On Behalf of All Others Similarly Situated, | Case No. 09-cv-01243 SI |
| 15 | | Action filed March 23, 2009 |
| 16 | Plaintiff, | |
| 17 | v. | STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME |
| 18 | OPPENHEIMER CALIFORNIA MUNICIPAL FUND, OPPENHEIMERFUNDS, INC., | AND RESCHEDULING OF INITIAL CASE MANAGEMENT |
| 19 | OPPENHEIMERFUNDS DISTRIBUTOR, INC., BRIAN F. WRUBLE, DAVID K. | CONFERENCE |
| 20 | DOWNES, MATTHEW P. FINK, PHILLIP A. GRIFFITHS, MARY F. | (N.D. Cal. Civ. L.R. 6-2, 6-3, and 7-12) |
| 21 | MILLER, JOEL W. MOTLEY, RUSSELL S. REYNOLDS, JR., MARY ANN | Dep't: Courtroom 10, 19th Floor |
| 22 | TYNAN, JOSEPH M. WIKLER, PETER I. WOLD, BRIAN W. WIXTED, CLAYTON | Judge: Hon. Susan Illston |
| 23 | K. YEUTER, JOHN V. MURPHY, ROBERT G. GALLI, KENNETH A. | |
| 24 | RANDALL, EDWARD V. REGAN, RONALD H. FIELDING, DANIEL G. | |
| 25 | LOUGHRAN, SCOTT COTTIER, TROY E. WILLIS, RICHARD STEIN, and | |
| 26 | MARK S. VANDEHEY, | |
| 27 | Defendants. | |

DECHERT LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. RE EXT. OF TIME & INITIAL CASE MGM'T CONF.    09-CV-01243 SI

1     WHEREAS, plaintiff, through his counsel, filed a purported class action complaint (the "Complaint"), against among others, Oppenheimer California Municipal Fund, OppenheimerFunds, Inc., OppenheimerFunds Distributor, Inc., John V. Murphy, Brian W. Wixted, Ronald H. Fielding, Daniel G. Loughran, Scott S. Cottier, Troy E. Willis, Richard Stein, and Mark S. Vandehey (collectively the "Defendants") in the above-referenced matter on or about March 23, 2009;

    WHEREAS, to date, similar purported class action complaints have been filed in the Northern District of California against the Defendants, namely: *Rivera v. Oppenheimer California Municipal Fund*, No. 09-cv-00567 SI (filed February 6, 2009), *Tackmann v. Oppenheimer California Municipal Fund*, No. 09-cv-1184-SI (filed March 18, 2009), and *Milhem v. Oppenheimer California Municipal Fund*, No. 09-cv-1414 VRW (filed March 31, 2009);

    WHEREAS, the plaintiffs and their respective counsel have yet to file any motions for Appointment of Lead Plaintiff and Lead Counsel pursuant to the Private Securities Litigation Reform Act ("PSLRA"), including Section 27 of the Securities Act of 1933, 15 U.S.C. § 77z-1;

    WHEREAS, the Complaint asserts claims under the federal securities laws that are subject to the PSLRA and Defendants presently intend to file motions to dismiss which would trigger a stay of discovery under the PSLRA;

    WHEREAS, in order to avoid the unnecessary expenditure of judicial resources or effort by the parties to this action and the Court prior to the filing of motion(s) for appointment as Lead Plaintiff and the possible consolidation of this Complaint with other proceedings pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the parties to this action have agreed, subject to the Court's approval, to a continuance of the Case Management Deadlines and an extension of time for Defendants to respond to the Complaint or any superseding Complaint; and

    WHEREAS, this Stipulation and Order is without prejudice to, or waiver of, any

1 rights, arguments or defenses otherwise available to the parties to this action, including, but not limited to, any challenge to the assertion of personal jurisdiction over one or more of the Defendants.

NOW, THEREFORE, the undersigned parties, by and through their counsel of record, stipulate as follows:

1. Defendants shall have no obligation to respond to the individual Complaint filed in the above-captioned action;

2. Lead Plaintiff shall have forty five (45) days after entry of the order appointing Lead Plaintiff to file a consolidated amended complaint ("Consolidated Amended Complaint");

3. Defendants shall file and serve answer(s) or motion(s) to dismiss the Consolidated Amended Complaint within forty five (45) days after service of the Consolidated Amended Complaint;

4. Lead Plaintiffs shall have forty five (45) days after service of the answer(s) or motion(s) to dismiss to file and serve any opposition or objection(s) to said answer(s) or motion(s) to dismiss;

5. Defendants shall file and serve replies in further support of their motion(s) to dismiss no later than thirty (30) days after service of any opposition by Lead Plaintiff; and

6. Defendants agree to waive service of process. This stipulation shall not be deemed to waive any defense other than as to sufficiency of service of process.

Dated: April 17, 2009          Respectfully submitted,

| GIRARD GIBBS LLP | DECHERT LLP |
|---|---|
| CHRISTINA H. C. SHARP | MATTHEW L. LARRABEE |

By: _____/S/_____    By: _____/S/_____

DANIEL C. GIRARD  
JONATHAN K. LEVINE  
AARON M. SHEANIN  
CHRISTINA H. C. SHARP  
601 California Street, Suite 1400  
San Francisco, CA 94108  
ams@girardgibbs.com

Attorneys for Individual and Representative Plaintiff,  
STEPHEN LOWE

MATTHEW L. LARRABEE  
One Maritime Plaza, Suite 2300  
San Francisco, California 94111-3513  
Telephone: 415.262.4500  
Facsimile: 415.262.4555  
matthew.larrabee@dechert.com

Attorneys for Defendants  
OPPENHEIMER CALIFORNIA MUNICIPAL FUND; OPPENHEIMERFUNDS, INC.; OPPENHEIMERFUNDS DISTRIBUTOR, INC.; JOHN V. MURPHY; BRIAN W. WIXTED; RONALD H. FIELDING; DANIEL G. LOUGHRAN; SCOTT COTTIER; TROY E. WILLIS; RICHARD STEIN, and MARK S. VANDEHEY

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: _____     _____  
                                                HONORABLE SUSAN ILLSTON

Motion hearing reserved for 11/6/09 @ 9 a.m., case management conference continued to 11/6/09 @ 2:30 p.m.