IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RIVERA, *et al.*,<br><br>      Plaintiffs,<br><br>  v.<br><br>OPPENHEIMER CALIFORNIA MUNICIPAL FUND,<br><br>      Defendant.<br>_____/ | Nos. C 09-567 SI, C 09-1184 SI, C 09-1414 SI, C 09-1414 SI<br><br>**ORDER CONSOLIDATING CASES AND RESCHEDULING HEARING ON MOTIONS FOR APPOINTMENT OF LEAD PLAINTIFF TO JUNE 26, 2009** |

      Various plaintiffs have filed motions to consolidate these cases and for appointment as lead plaintiff. The motions are scheduled for a hearing on May 29, 2009. Defendants do not oppose consolidation, and accordingly, pursuant to the Private Securities Litigation Reform Act of 1995 and Federal Rule of Civil Procedure 42(a) the Court consolidates these cases.

      Defendants also request that the Court continue the hearing on the motions for appointment as lead plaintiff until after the Judicial Panel on Multidistrict Litigation rules on defendants' pending motion to transfer these cases pursuant to 28 U.S.C. § 1407. The JPML is scheduled to hear the transfer motion on May 28, 2009. Under these circumstances, the Court finds it appropriate to reschedule the hearing on plaintiffs' motions for appointment as lead plaintiff to **June 26, 2009**.

**IT IS SO ORDERED.**

Dated: May 15, 2009

                                                                      SUSAN ILLSTON<br>
                                                                      United States District Judge